IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN STEPHEN COLEMAN ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-0066-MEF |
| ) | [WO] |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on May 1, 2013 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) entered on May 7, 2013 is adopted;

3. The plaintiff's challenge to the validity of his conviction and/or sentence is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and the complaint is DISMISSED prior to service of process.

Done this the 14th day of June, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE